UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61931-Civ-Ungaro/Torres

LYNNE M. BALTHAZOR,

    Plaintiff,

v.

ASSET MANAGEMENT PROFESSIONALS, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF STRIKING

Plaintiff, Lynne M. Balthazor, gives notice of striking DE 20 filed on February 7, 2012 .

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61931-Civ-Ungaro/Torres

LYNNE M. BALTHAZOR,

    Plaintiff,

v.

ASSET MANAGEMENT PROFESSIONALS, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 7, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                                  s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Wendy S. Leavitt, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4939
Facsimile: 954-627-6640

Via Notices of Electronic Filing generated by CM/ECF