UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-61931-CIV-UNGARO

LYNNE M. BALTHAZOR,

    Plaintiff,

v.

ASSET MANAGEMENT
PROFESSIONALS, LLC,

    Defendant.

_____

### ORDER ON MOTION FOR ENTRY OF JUDGMENT

THIS CAUSE is before the Court upon the Motion for Entry of Final Judgment. (D.E. 22.)

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

Plaintiff timely accepted Defendant's Offer of Judgment (D.E. 19) and now moves the Court for entry of a judgment of $1,000.00 in favor of Plaintiff, exclusive of attorney fees and costs. Defendant does not oppose the entry of a judgment in this amount. Accordingly, it is

ORDERED AND ADJUDGED that the Motion (D.E. 22) is GRANTED. The Court will separately enter a final judgment in favor of Plaintiff. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file its motion for judgment of costs and fees no later than February 15, 2012. The Court will not entertain a motion for costs and fees filed after that date.

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of February, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record