UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-61931-CIV-UNGARO

LYNNE M. BALTHAZOR,

    Plaintiff,

v.

ASSET MANAGEMENT
PROFESSIONALS, LLC,

    Defendant.
_____

## ORDER DIRECTING CLERK TO ENTER FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68 and this Court's Order Granting Plaintiff's Motion for Entry of Final Judgment (D.E. 23), it is hereby

ORDERED AND ADJUDGED that the Clerk SHALL enter final judgment in the amount of $1,000 in favor of Plaintiff Lynne M. Balthazor and against Defendant Asset Management Professional, LLC.

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ day of February, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record